IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:09CR3076 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | MEMORANDUM AND ORDER |
| COURTNEY J. SAVAGE, ) | |
| ) | |
| Defendant. ) | |

Defendant's appointed counsel, John Vanderslice, has moved for leave to withdraw, stating the attorney/client relationship between he and the defendant is irretrievably broken, and the defendant's best interest will be served by appointing new counsel. Filing No. 31. Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by John Vanderslice, (filing no. 31), is granted. Mr. Vanderslice shall promptly serve defendant with a copy of this order. The Clerk is directed to remove Mr. Vanderslice from all future ECF notifications in this case.

2) The plea hearing currently set for November 13, 2009, is cancelled.

3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of a CJA Panel attorney identified to represent the defendant herein in accordance with the Criminal Justice Act Plan for this district.

4) Upon appointment, new defense counsel shall promptly enter his or her appearance, and shall notify this Court by no later than November 30, 2009, regarding the status of this case.

5) The time between today's date and November 30, 2009, shall be excluded for speedy trial purposes because defendant's new counsel will need additional time to meet with the defendant and determine how next to proceed on this case. Thus, the ends of justice will be served by continuing the progression of this case, and such continuance outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED this 6th day of November, 2009.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  United States District Judge