IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3076 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| COURTNEY J. SAVAGE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) At the request of the defendant through his counsel, the defendant will participate in his June 4, 2013 1:00 p.m. hearing by telephone.

(2) **Defense counsel shall make the telephone arrangements with the Bureau of Prisons. Defense counsel shall then provide the undersigned's chambers with the contact information (including name and telephone number) of the Bureau of Prison's official the courtroom deputy should call the day and time of the hearing.**

(3) The Marshal is directed not to return the defendant to the district.

Dated May 1, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge