IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COURTNEY J. SAVAGE,<br><br>　　　　　　Defendant. | **4:09CR3076**<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)　　The defendant shall appear at his revocation hearing scheduled for February 3, 2017 at 2:00 p.m.

2)　　The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

December 9, 2016.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge