IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:09CR3076** |
| vs. | |
| COURTNEY J. SAVAGE, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Hearing (filing 129) is granted.

2. Defendant Courtney J. Savage's violation of supervised release hearing is continued to April 13, 2017, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 30th day of January, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge