IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09-CR-3076 |
| vs. | |
| COURTNEY SAVAGE, | ORDER |
| Defendant. | |

On the government's motion (filing 149), the defendant's term of supervised release is terminated effective November 9, 2017.

Dated this 14th day of November, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge